IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBIN R. GRISWOLD,** | ) | **CASE NO. 4:05CV3173** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's motion for an extension of time to file a brief (Filing No. 8).

While the motion will be granted, the Court advises counsel that, absent unusual circumstances, no further extensions of time requested by the Plaintiff will be allowed in this case.

IT IS ORDERED:

1. The Plaintiff's motion for an extension of time to submit a brief (Filing No. 8) is granted; and

2. The Plaintiff's brief shall be filed and submitted to chambers via e-mail as described in the Court's previous order[1] on or before January 26, 2005.

DATED this 27th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] The Court's electronic docket sheet reflects that the order was e-mailed to all counsel of record in a timely manner. (Filing No. 7.)