**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **ROBIN R. GRISWOLD,** | ) | **CASE NO. 4:05CV3173** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for an extension of time to respond to the Plaintiff's Brief (Filing No. 12). The Defendant requests a continuance until March 24, 2006.

IT IS ORDERED:

1. The Defendant's motion for an extension of time to respond to the Plaintiff's Brief (Filing No. 12) is granted; and

2. The Defendant's response shall be filed on or before March 24, 2006.

DATED this 22nd day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge