IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBIN R. GRISWOLD,** | ) | **CASE NO. 4:05CV3173** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER ON PLAINTIFF'S** |
| | ) | **APPLICATION FOR ATTORNEY'S FEE** |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's application for payment of her attorney's fee. I have reviewed the application, the brief offered in support of the motion, the supporting documentation, and the Defendant's response to the application. (Filing Nos. 20, 21, and 22). I conclude that the Plaintiff is entitled to an award of her attorney's fee pursuant to the Equal Access of Justice Act, 28 U.S.C. § 2412(d). The parties have stipulated to an award in the amount of $4,404.51, representing 27 hours of work performed by Plaintiff's counsel at an hourly rate of $163.16. (Filing No. 22). Accordingly,

IT IS ORDERED:

The Plaintiff's Application for Attorney's Fee (Filing No. 20) is approved; and the Defendant shall pay the Plaintiff's an attorney fee in the amount of $4,404.51.

DATED this 13th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge